United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-3642

Daniel Oliver,      *

     *

      Appellant,      *

     *   Appeal from the United States

   v.      *   District Court for the

     *   Eastern District of Missouri.

Federal Communications Commission,      *

     *     [UNPUBLISHED]

      Appellee.      *

_____

Submitted: April 30, 1998
Filed: May 1, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Daniel Oliver appeals the district court's[1] dismissal of his complaint for failure to state a claim. After a careful review of the record and the parties' submissions on appeal, we affirm the judgment for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.